# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**Mary E. Finger,**

      **Debtor.**

:     Chapter 13

:     Case No. 25-13010 (PMM)

:

:

## ORDER

**AND NOW** a Show Cause hearing having been held and concluded on August 28, 2025;

AND the Debtor having failed to appear at the hearing;

AND the Debtor having failed to complete the actions outlined in the Show Cause Order;

It is hereby **ordered** that this case is **dismissed**.

*Patricia M. Mayer*

Date: 8/28/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Mary E. Finger
125 E. Vine Street
Lancaster, PA 17602